ACCEPTED
01-14-00816-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 4:08:48 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00816-CV
## In the First District Court of Appeals
## Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 4:08:48 PM
CHRISTOPHER A. PRINE
Clerk

_____

## CUROCOM ENERGY LLC and CURO HOLDINGS, LTD.
### Appellants and Cross-Appellees,
### vs.

## WOONG SOON EEM and JASON KIM
### Appellees.

_____

### On Appeal from the 165th Judicial District Court
### Harris County, Texas
### Trial Court Cause No. 2009-06630

_____

### UNOPPOSED FIRST MOTION BY WOOLIM RESOURCES DEVELOPMENT COMPANY, LTD., WOOLIM ENERGY HOLDINGS, LLC AND WOOLIM CONSTRUCTION COMPANY, LTD. FOR EXTENSION OF TIME TO FILE CROSS-APPELLANTS' BRIEF

_____

**John H. Kim**
State Bar No.: 00784393
**David A. McDougald**
State Bar No.: 13570525
THE KIM LAW FIRM
4309 Yoakum, Suite 2000
Houston, Texas 77006
Telephone:   (713) 522-1177
Facsimile:    (888) 809-6793
Email: jhk@thekimlawfirm.com
Email: david@thekimlawfirm.com

**Pete T. Patterson**
TBN:  15603580

1

PATTERSON PC
4309 Yoakum Blvd., Suite 2000
Houston, Texas  77006
Telephone:  (713) 874-6444
Facsimile:   (713) 874-6445
Email: pete@pyllp.com

***Counsel for Cross-Appellants***

Cross-Appellants Woolim Resources Development Company, Ltd., Woolim Energy Holdings, LLC and Woolim Construction Company, Ltd. (Collectively, the "Woolim Appellants") move for an extension of time to file their Cross-Appellants' Brief, saying.

**1**. Cross-Appellants' Brief is currently due on or before March 13, 2015.  An extension of thirty (30) days would fall on a Sunday, and the Woolim Appellants therefore seek an extension of thirty-one (31) days, to Monday, April 13, 2015.  There have been no previous extensions of time for filing this brief.

**2.** This extension is needed because the Woolim Appellants:  (a) are hampered in their appeal by delays inherent to a Korean bankruptcy proceeding, (b) need time to find new counsel, and (c) need to distill complex arguments from a substantial trial record.  The Reporter's Record

2

shows more than 12 days of trial, and the Woolim Appellants' Motion for New Trial is more than thirty five (35) pages in length.

3. Counsel for appellants Curocom Energy, LLC and Curo Holdings Co., Ltd. indicated those appellants do not oppose this motion.

**WHEREFORE**, Kim respectfully requests that Cross-Appellants Woolim Resources Development Company, Ltd., Woolim Energy Holdings, LLC and Woolim Construction Company, Ltd. be granted an additional thirty-one (31) days to file their Cross-Appellants' Brief, and for any such other and further relief to which they may be justly entitled.

Respectfully submitted,

**THE KIM LAW FIRM**

/s/ *John H. Kim*
**John H. Kim**
State Bar No.: 00784393
**David A. McDougald**
State Bar No.: 13570525
4309 Yoakum, Suite 2000
Houston, Texas 77006
Telephone:  (713) 522-1177
Facsimile:   (888) 809-6793
Email: jhk@thekimlawfirm.com
Email: david@thekimlawfirm.com

**Pete T. Patterson**
State Bar No.:  15603580
PATTERSON PC

3

4309 Yoakum Blvd., Suite 2000
Houston, Texas  77006
Telephone:  (713) 874-6444
Facsimile:  (713) 874-6445
Email: pete@pyllp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded this the *13th day of February, 2015* by E-Mail, First Class Mail and Certified Mail, return receipt requested to the following:


***VIA E-MAIL, FIRST CLASS MAIL, and CM/RRR***
**Alexander Chae**
**Scott D. Ellis**
**Stacy R. Obenhaus**
**John MacVane**
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
achae@gardere.com
sellis@gardere.com
***Attorneys for Curocom Energy LLC and***
***Intervenor Curo Holdings Co., LTD***

 ***VIA CM/RRR AND REGULAR MAIL***
**Jason Kim**
Yongsan-Gu Seobinggo-Dong Shindonga
Apartment 16-1203
Seoul, Korea

**Woong Soon Eem**
Recents APT241-101
Jamsil-dong 22, songpa-ga
Seoul, Republic of Korea

**Woong Soon Eem**
Yesco Co., Ltd. (Strategy Planning)
249-8, Youngdap-dong
Seongdong-gu
Seoul, 133-851, Korea

**Woolim Resources Development Company, Ltd.**
853-1, Donghun-dong, Suji-gu, Yongin-si
Gyounggi 448-120
Seoul
Republic of Korea

**Woolim Resources Development Company, Ltd.**
1693-3 Seocho-Dong, Seocho-Gu
Seoul
Republic of Korea

**Woolim Construction Company, Ltd.**
853-1, Donghun-dong, Suji-gu, Yongin-si
Gyounggi 448-120
Seoul
Republic of Korea

**Woolim Energy Holdings, LLC**
333 Clay Street, Suite c/o BDO USA
Houston, Texas 77002

_____
**JOHN H. KIM**